Date signed June 29, 2006



**THOMAS J. CATLIOTA**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (at Greenbelt)

| | | | |
|---|---|---|---|
| In re: | * | | |
| William Slaughter | * | Case No. | 05-13328-TJC |
| Diann Renee Slaughter | * | Chapter | 13 |
| | * | | |
| Debtor, | * | | |

### <u>MEMORANDUM TO THE TRUSTEE</u>

Upon consideration of the Trustee's Suggestion of Excessive Fees [41] and the record herein,

the court has determined to take no further action with respect to counsel's fee.


cc:    Counsel for Debtor - Robert K. Goren, Scott Robinson
       Debtor
       Trustee
       U.S. Trustee


### End of Order